**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| JAMES KENNETH MIZE,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES NAVY,<br><br>    Defendant. | Case No. 2:14-CV-01186-APG-CWH<br><br>**ORDER**<br><br>(Dkt. #3) |

On July 24, 2014, Magistrate Judge Hoffman entered a Report & Recommendation (Dkt. #3) recommending I dismiss the Plaintiff's Writ of Mandamus (Dkt. #1-1) with prejudice. No objection has been filed. I nevertheless conducted a de novo review of the issues set forth in the Report & Recommendation. Judge Hoffman's Report & Recommendation sets forth the proper legal analysis and factual basis for the decision.

IT IS THEREFORE ORDERED that the Report & Recommendation (Dkt. #3) is accepted and Plaintiff's Writ of Mandamus (Dkt. #1-1) is DISMISSED with prejudice.

DATED this 21st day of January, 2015.

                                                ANDREW P. GORDON<br>
                                                UNITED STATES DISTRICT JUDGE